882

Submitted April 12, 1971.
*Charles R. Fox*, appellant, in propria persona; *Carol Mary Los*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Fox, Appellant.

Submitted April 12, 1971.
*Charles R. Fox*, appellant, in propria persona; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Frazier, Appellant.

Argued April 13, 1971. *Warren R. Keck, III*, Public Defender, for appellant; *Robert F. Banks*, First Assistant District Attorney, with him *Joseph J. Nelson*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Frazier, Appellant.